UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NORMAN KEITH CHILDRESS, | Case No. 08-14356 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE<br>CHARLES E. BINDER |
| Defendant._____/ | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [18],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11],
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17]**

On August 20, 2009, Magistrate Judge Binder issued a Report and Recommendation [18] recommending that Defendant's Motion for Summary Judgment [17] be granted, and that Plaintiff's Motion for Summary Judgment [11] be denied. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [17] is **GRANTED.**

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated:  October 2, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 2, 2009, by electronic and/or ordinary mail.

<u>S/FELICIA MOSES</u> for <u>THERESA E. TAYLOR</u>
Case Manager